United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RAVEN JENKINS, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-04883 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| THE GEO GROUP INC, | § | |
| Defendant. | § | |

### NOTICE

This matter is currently set for an Initial Conference on April 2, 2020 at 9:30 AM.

The Court does not intend for any party or counsel to act contrary to official guidance or precautions regarding the COVID-19 virus, including with respect to travel or appearance for any hearing or litigation-related matter.

Pursuant to Section 9(e) of this Court's procedures, the Court CANCELS this conference. Any party may request reinstatement by joint or individual letter or email to the Case Manager with explanation why the conference remains necessary.

The Court will enter a Scheduling and Docket Control Order as it determines appropriate. Within ten days of entry, the parties by joint motion—and only by joint motion—may suggest reasonable modification of those deadlines.