United States District Court
Southern District of Texas

**ENTERED**

April 10, 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No.<br>4:19-cv-04883<br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

Upon Defendants' unopposed motion for enlargement of the word limit, the Court grants Defendants' unopposed request for leave to file a joint reply memorandum in support of their motion to dismiss under Federal Rules of Civil Procedure 9(b) and 12(b)(6) not to exceed 4,000 words.

SO ORDERED.


Signed on April 10, 2020 at Houston, Texas.


Hon. Charles Eskridge
United States District Judge