United States District Court
Southern District of Texas

**ENTERED**

June 02, 2020

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAVEN JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-19-4883 |
| | § | |
| THE GEO GROUP, INC. | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF IMPASSE

This action was referred to the undersigned for a settlement conference.  The court met with the parties today.  No settlement could be reached.

**SIGNED** this 2nd day of June, 2020.

Nancy K. Johnson
United States Magistrate Judge