United States District Court
Southern District of Texas
**ENTERED**
October 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAVEN JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-19-4883 |
| | § | |
| THE GEO GROUP, INC. | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF IMPASSE

This action was referred to the undersigned for a settlement conference. The court met with the parties yesterday. No settlement could be reached.

**SIGNED** in Houston, Texas on October 8, 2020.

_____
Sam S. Sheldon
United States Magistrate Judge