IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RAVEN JENKINS §
Plaintiff, §
§
vs. §          Civil No. 4:19-cv-04883-CE-SS
§
THE GEO GROUP, INC. §
Defendant. §

## AGREED MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME the parties, Plaintiff Raven Jenkins and Defendant The GEO Group, Inc. ("the Parties") and file this Agreed Motion for Protective Order.   The parties show as follows:

1.      This action was commenced against Defendant The GEO Group, Inc. ("GEO") on December 16, 2019.    (Docket Entry "DE" 1).   Plaintiff's Original Complaint and Jury Demand allege a cause of action pursuant to 41 U.S.C. § 4712.   (DE 1).

2.      The Parties believe that certain records produced by the Parties and deposition testimony in this litigation may contain information of a highly personal and sensitive nature regarding both parties and non-parties to this litigation.

3.      For example, such personal and sensitive information entitled to protection may include, but is not limited to, deposition testimony and documents related to information regarding detainees housed in GEO facilities, sensitive operational details related to GEO facilities and agreements with the federal government, and financial information regarding the Parties.

4.      The Parties ask this Court to enter a Protective Order regarding such personal and

sensitive information.  Given the sensitive nature of such information, the Parties seek to limit disclosure to only Counsel and/or the Parties in this lawsuit, and for use in this lawsuit, as outlined in the Protective Order.

5. The Parties seek a Protective Order from this Court that such personal and sensitive information as designated by the Parties be used by the Parties, and their attorneys and staff, experts, court reporters, and any and all persons associated with the Parties and their representatives in reference to this lawsuit only, and should not be disclosed, produced to, or discussed with, anyone outside this lawsuit.

6. The protective order does not apply to pleadings or other documents previously filed with the Court in this action.

7. The production of documents related to the specific matters referenced above is not a waiver of any objections to the admissibility and/or use of any portion of the documents in pre-trial proceedings or at trial.

8. The Parties ask that the Protective Order remain in effect until further order of this Court, and that all persons, other than the Parties and their attorneys, be required to comply with the contents of the Protective Order.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the attached Protective Order, and grant other further relief to which they may be justly entitled.

Respectfully submitted,

/s/*Bridget Robinson*

BRIDGET ROBINSON
Attorney-in-Charge
State Bar No. 17086800
Southern District Bar No. 16521

WALSH GALLEGOS TREVIÑO
   RUSSO & KYLE P.C.
P. O. Box 2156
Austin, Texas  78768
Office:  (512) 454-6864
Fax:     (512) 467-9318
Email:   brobinson@wabsa.com

ATTORNEYS FOR DEFENDANT

AGREED:


/s/*Kalandra N. Wheeler*

Kalandra N. Wheeler
Texas Bar No. 24051512
S.D. Texas Bar No. 2944827
WILEY WHEELER, P.C.
1651 Richmond Avenue
Houston, Texas 77006
Telephone: (713) 337-1333
Facsimile: (713) 337-1334
Email:     kwheeler@wiley-wheeler.com

ATTORNEY FOR PLAINTIFF
RAVEN JENKINS

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties conferred via email correspondence on January 20, 22, and 29, 2021 and February 1 and 2, 2021, regarding the attached Protective Order and reached agreement consistent with FED. R. CIV. P. 29(b).

/s/*Bridget Robinson*
BRIDGET ROBINSON


**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kalandra N. Wheeler
Robert J. Wiley
Wiley Wheeler, P.C.
1651 Richmond Avenue
Houston, Texas 77006

/s/*Bridget Robinson*
BRIDGET ROBINSON