United States District Court
Southern District of Texas

**ENTERED**
September 01, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RAVEN JENKIINS,<br>　　　　　Plaintiff,<br><br><br>vs.<br><br><br>THE GEO GROUP INC,<br>　　　　　Defendant. | § § § § § § § § § § | **CIVIL ACTION NO. 4:19-cv-04883**<br><br>**JUDGE CHARLES ESKRIDGE** |

**AMENDED SCHEDULING ORDER**

The Court GRANTS the Joint Motion to Modify Scheduling and Docket Control Order. Dkt 27. The following schedule will control disposition of this case:

1. _(expired)_     **MOTIONS TO ADD NEW PARTIES**

   The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party.

2. _(expired)_     **MOTIONS FOR LEAVE TO AMEND PLEADINGS**

   Any party seeking leave to amend pleadings after this date must show good cause.

3a. _(expired)_     **EXPERTS (other than attorney's fees)**

   The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Fed. R. Civ. P. 26(a)(2).

3b. _(expired)_     The opposing party must designate expert witnesses in writing and provide the required report under Fed. R. Civ. P. 26(a)(2).

4. **January 24, 2022**     **COMPLETION OF DISCOVERY**

   Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline.

5.  **February 25, 2022**    **DISPOSITIVE AND NONDISPOSITIVE MOTIONS DEADLINE (except for motions *in limine*)**

No party may file any motion after this date except for good cause shown.

6.  **April 7, 2022**    **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**

The parties must complete mediation or other form of dispute resolution.

7.  **May 16, 2022**    **DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS *IN LIMINE***

The Joint Pretrial Order must contain the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

8.  **June 20, 2022**    **DOCKET CALL**

Docket call will occur at 9:30 a.m. in Courtroom 8B, United States Courthouse, 515 Rusk, Houston, Texas.  The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

Any party wishing to make a discovery or scheduling motion must arrange for a pre-motion conference with the Court before the submission of motion papers.  This includes any motion to compel, to quash, for protection, or extension.  Follow Section 15 of the Court's procedures.

The parties agree to submit attorney's fees issues to the Court by affidavit after resolution of liability and damages.

Signed on September 01, 2021, at Houston, Texas.



Honorable Charles Eskridge
United States District Judge

2