United States District Court
Southern District of Texas
**ENTERED**
November 18, 2021
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>October 12,  2021</u>
COURT REPORTER:<u>     </u>
MORNING: <u>(1 hour)</u>      AFTERNOON: <u>       </u>
*************************************************************************

CIVIL  NO 4:19cv4883


Raven Jenkins,                                    Kalandra Nicole Wheeler

      Plaintiff

vs.


The GEO Group Inc,

      Defendant



*************************************************************************

MINUTE ENTRY ORDER:

<u>The Court conducted individual settlement conferences with the respective parties on October 12,</u>

<u>13 and November 2, 2021. The Court will meet again with Plaintiff and her counsel on November</u>

<u>22, 2021.</u>

    SIGNED in Houston, Texas, this <u>18th</u> day of November, 2021.


                              Sam Sheldon
                  United States Magistrate Judge