United States District Court
Southern District of Texas
**ENTERED**
November 18, 2021
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: October 13,  2021
COURT REPORTER:
MORNING: (1 hour)     AFTERNOON:
**************************************************************************

CIVIL  NO 4:19cv4883


Raven Jenkins,

      Plaintiff

vs.


The GEO Group Inc,                                    Bridget R. Robinson

      Defendant




**************************************************************************

MINUTE ENTRY ORDER:

The Court conducted individual settlement conferences with the respective parties on October 12,

13 and November 2, 2021. The Court will meet again with Plaintiff and her counsel on November

22, 2021.

    SIGNED in Houston, Texas, this 18th day of November, 2021.


                                 _____
                                    Sam Sheldon
                           United States Magistrate Judge