United States District Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>November 22,  2021</u>
COURT REPORTER:<u>    </u>
MORNING: <u>(1hr)</u>  AFTERNOON: <u>            </u>
******************************************************************************

CIVIL  NO 4:19cv4883


Raven Jenkins,                                Kalandra Nicole Wheeler

        Plaintiff
vs.


The GEO Group Inc.


        Defendant



*****************************************************************************

MINUTE ENTRY ORDER:

<u>The Court met with Plaintiff and her counsel by Zoom to discuss settlement</u>.

    SIGNED in Houston, Texas, this <u>23rd</u> day of November, 2021.




                                    _____
                                            Sam Sheldon
                                    United States Magistrate Judge