United States District Court
Southern District of Texas

**ENTERED**

January 11, 2022

Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: January 11, 2021
COURT REPORTER:
MORNING: _____    AFTERNOON: _____
*********************************************************************************
CIVIL  NO 4:19cv4883


Raven Jenkins,

       Plaintiff

vs.


The Geo Group Inc.


       Defendant




*********************************************************************************

MINUTE ENTRY ORDER:

The Court will conduct by Zoom an individual settlement conference at 2 p.m. on January 19, 2022

with Defendant and its counsel.

      SIGNED in Houston, Texas, this 11th day of January, 2022.


                                          _____

                                             Sam Sheldon
                                    United States Magistrate Judge