United States District Court
Southern District of Texas

**ENTERED**

January 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Raven Jenkins, | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:19-cv-04883 |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| The GEO Group, Inc., | § | |
| Defendant. | § | |

AMENDED SCHEDULING ORDER

The Court GRANTS the Joint Motion to Modify Scheduling and Docket Control Order. The following schedule will control disposition of this case:

1.  *(expired)*    MOTIONS TO ADD NEW PARTIES

The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party.

2.  *(expired)*    MOTIONS FOR LEAVE TO AMEND PLEADINGS

Any party seeking leave to amend pleadings after this date must show good cause.

3a.  *(expired)*    EXPERTS (other than attorney's fees)

The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Fed. R. Civ. P. 26(a)(2).

3b.  *(expired)*    The opposing party must designate expert witnesses in writing and provide the required report under Fed. R. Civ. P. 26(a)(2).

4.  July 29, 2022    COMPLETION OF DISCOVERY

Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline.

5.    <u>September 2, 2022</u>    **DISPOSITIVE AND NONDISPOSITIVE MOTIONS DEADLINE (except for motions *in limine*)**

No party may file any motion after this date except for good cause shown.

6.    <u>October 14, 2022</u>    **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**

The parties must complete mediation or other form of dispute resolution.

7.    <u>January 20, 2023</u>    **DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS *IN LIMINE***

The Joint Pretrial Order must contain the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

8.    <u>February 27, 2023</u>    **DOCKET CALL**

Docket call will occur at 9:30 a.m. in Courtroom 8B, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

Any party wishing to make a discovery or scheduling motion must arrange for a pre-motion conference with the Court before the submission of motion papers. This includes any motion to compel, to quash, for protection, or extension. Follow Section 15 of the Court's procedures.

The parties agree to submit attorney's fees issues to the Court by affidavit after resolution of liability and damages.

Signed on __January 11_____, 2022, at Houston, Texas.

_____
Honorable Sam S. Sheldon
United States Magistrate Judge

2