United States District Court
Southern District of Texas

**ENTERED**

January 20, 2022

Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>January 19, 2021</u>
COURT REPORTER: <u>ERO</u> (not needed)
MORNING: _____    AFTERNOON: _____
*************************************************************************

CIVIL  NO 4:19cv4883

Raven Jenkins,

       Plaintiff

vs.

The Geo Group Inc.                            Bridget R.Robinson

       Defendant

*************************************************************************

MINUTE ENTRY ORDER:

<u>The Court conducted a Settlement Conference with Defendant and their counsel on January 19,</u>

<u>2022.</u>

      SIGNED in Houston, Texas, this <u>20th</u> day of January, 2022.

_____

           Sam Sheldon
     United States Magistrate Judge