United States District Court
Southern District of Texas

**ENTERED**

April 05, 2022

Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**

JUDGE SAM SHELDON  PRESIDING

DATE: March 24  2022

COURT REPORTER: ERO not needed

MORNING:            AFTERNOON:

**************************************************************************

CIVIL  NO 4:19cv4883

Raven Jenkins,


          Plaintiff

vs.


The GEO Group Inc.



          Defendant


**************************************************************************

MINUTE ENTRY ORDER:

The Court conducted a Zoom settlement conference with Defendant and their counsel on March 24, 2022. On April 14, 2022 at 10 a.m., the Court will meet in-person in Chambers with Plaintiff and her counsel to discuss Defendant's settlement offer.

SIGNED in Houston, Texas, this 5th  day of April, 2022.

_____
Sam Sheldon
United States Magistrate Judge