United States District Court
Southern District of Texas

**ENTERED**

April 14, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: April 12, 2022
COURT REPORTER: No ERO needed
MORNING:_____ AFTERNOON: _____
**************************************************************************

CIVIL NO 4:19cv4883

Raven Jenkins,

       Plaintiff

vs

The GEO Group, Inc.                      Bridget R. Robinson

       Defendant

**************************************************************************
MINUTE ENTRY ORDER:

The Court conducted a Zoom settlement conference with Defendant and their counsel on April 12, 2022. The April 14, 2022 settlement meeting in Chambers with the Court, Plaintiff and her counsel is continued to a date to be set at the end of April.

       SIGNED in Houston, Texas, this 14th day of April, 2022.

       _____
            Sam Sheldon
       United States Magistrate Judge