United States District Court
Southern District of Texas

**ENTERED**

April 25, 2022

Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: April 25, 2022
COURT REPORTER:
MORNING: _____  AFTERNOON: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO 4:19cv4883


Raven Jenkins,

                  Plaintiff

vs


The Geo Group, Inc.



                  Defendant


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINUTE ENTRY ORDER:

The Court will meet in-person in Chambers on May 6, 2022 at 2:30 p.m. with Plaintiff and her

counsel to discuss Defendant's settlement offer.

          SIGNED in Houston, Texas, this 25th day of April, 2022.



                                        _____
                                                  Sam Sheldon
                                        United States Magistrate Judge