United States District Court
Southern District of Texas
**ENTERED**
May 11, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: May 6, 2022
COURT REPORTER:
MORNING: 1hr      AFTERNOON: _____
*************************************************************************
CIVIL NO 4:19cv4883

Raven Jenkins,                                    Kalandra Nicole Wheeler

             Plaintiff

vs

The GEO Group, Inc.

             Defendant

*************************************************************************
MINUTE ENTRY ORDER:

The Court met in-person in Chambers on May 6, 2022 with Plaintiff and her counsel and

discussed Defendant's settlement offer.

        SIGNED in Houston, Texas, this 11th day of May, 2022.

_____
                    Sam Sheldon
            United States Magistrate Judge