**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: May 24, 2022
COURT REPORTER:
MORNING: _____ AFTERNOON: _____
*************************************************************************
CIVIL NO 4:19cv4883


Raven Jenkins,


       Plaintiff

vs


The Geo Group, Inc.




       Defendant


*************************************************************************
MINUTE ENTRY ORDER:

The Court has conducted multiple Settlement Conferences and the parties have settled the case.

     SIGNED in Houston, Texas, this 24th day of May, 2022.


_____
          Sam Sheldon
     United States Magistrate Judge