United States District Court
Southern District of Texas
**ENTERED**
May 26, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RAVEN JENKINS, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-04883 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| THE GEO GROUP INC, | § | |
| Defendant. | § | |

### ORDER

Plaintiff Raven Jenkins and Defendant The Geo Group Inc have settled their dispute in conference before the Magistrate Judge. See Dkt 42.

All claims by Plaintiff Jenkins against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate her claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on May 26, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge